Opinion filed May 18, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed May 18, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00109-CV 

                                                    __________

 

                                         IN THE MATTER OF 
H.C.

  



 

                               On
Appeal from the 145th District Court

 

                                        Nacogdoches County, Texas

 

                                   Trial
Court Cause No. J01449-2005

 



 

                                  M
E M O R A N D U M    O P I N I O N

The trial court
entered an order finding that H.C. violated the terms and conditions of her
juvenile probation and committing H.C. to the Texas Youth Commission.  We affirm.








Appellant=s
court-appointed counsel has filed a motion to withdraw.  The motion is supported by a brief in which
counsel professionally and conscientiously examines the record and applicable
law and states that he has concluded that the appeal is frivolous.  Counsel has provided appellant with a copy of
the brief and advised appellant of her right to review the record and file a
response to counsel=s
brief.  A response has not been
filed.  Court-appointed counsel has
complied with the requirements of Anders v. California, 386 U.S. 738
(1967); Stafford v. State, 813 S.W.2d 503 (Tex. Crim. App. 1991); High
v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State,
516 S.W.2d 684 (Tex. Crim. App. 1974); Gainous v. State, 436 S.W.2d 137
(Tex. Crim. App. 1969); Eaden v. State, 161 S.W.3d 173 (Tex. App.CEastland 2005, no pet.).[1]

Following the procedures outlined in Anders,
we have independently reviewed the record, and we agree that the appeal is
without merit. 

The motion to withdraw is granted, and the
judgment is affirmed.

 

PER CURIAM

 

May 18, 2006

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.

 

 

 

 

 

 











[1]The Texas Supreme Court has held that Anders
procedures apply in juvenile appeals.  In
re D.A.S., 973 S.W.2d 296 (Tex. 1998).